IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 20 PM 2: 3

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            Case No. 03cr20343-D

CARL E. JOHNSON

    Defendant.

## ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $500.00., payable to Gregory A. Johnson at 3078 Dumbarton Rd., Memphis, TN 38128 in full refund of the cash appearance bond posted herein.

BERNICE B. DONALD
United States District Judge

Approved.
Robert R. Di Trolio, Clerk of Court
BY: _____
Deputy Clerk

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 188 in case 2:03-CR-20343 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT